In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00139-CR
_____

**JEREMY DWAINE MYERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Orange County, Texas**
**Trial Cause No. E109764**

**MEMORANDUM OPINION**

Jeremy Dwaine Myers has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by Myers personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on August 6, 2019
Opinion Delivered August 7, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.